IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BERNARDO VAZQUEZ MAYO,<br><br>               Petitioner<br>v.<br><br>RUBEN LEYVA, et al.,<br><br>               Respondents. | EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL<br><br><br>Case No. 1:26-cv-109<br><br>Judge Ted Stewart |

The petitioner in this action is a foreign national who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), alleging that he is being unlawfully confined in violation of the Constitution and laws of the United States. The Court ORDERS as follows:

## 1.  ORDER

To provide a fair opportunity for the Court to review the merits of the petition and rule on any contested issues of jurisdiction, the respondents shall not: a) transfer the petitioner out of the District of Utah, if the petitioner is within the District of Utah at the time this Order issues; or b) remove the petitioner from the jurisdiction of the United States, if the petitioner is outside of the District of Utah but within the jurisdiction of the United States at the time this Order issues. This Order shall remain in effect for 48 hours from the time it is docketed, unless the judge assigned to preside over this case orders otherwise. The Court is aware that Defendant U.S. Immigration and Customs Enforcement (ICE) may only be able to hold a detainee within the District of Utah for 72 hours. Nevertheless, this Order requires ICE to first seek the permission of this Court before transferring the petitioner out of the District of Utah.

## 2. SERVICE OF ORDER

The Clerk of the Court is directed to serve a copy of the petition and this Order, via email, on the United States Attorney for the District of Utah, as well as the head of the civil division and the civil duty attorney for the United States Attorneys' Office in the District.

DATED this 9th day of July, 2026.

BY THE COURT:

_____
TED STEWART
United States District Judge

United States District Court
for the
District of Utah
July 9, 2026

******MAILING CERTIFICATE OF THE CLERK******

RE:    1:26-cv-00109-TS
       Vazquez Mayo v. Leyva et al

       I hereby certify that on 7/9/2026, a copy of the PETITION and EMERGENCY
ORDER CONCERNING STAY OF TRANSFER OR REMOVAL was sent via encrypted email
transmission to the following:


Benjamin C. McMurray
FEDERAL PUBLIC DEFENDER
Email: Benji_McMurray@fd.org, shelly_miller@fd.org



Melissa Holyoak, Jawayria Auchter and Todd Bouton
US ATTORNEY'S OFFICE
Email: jawayria.auchter@usdoj.gov, chantele.stuart2@usdoj.gov, glen.proctor@usdoj.gov,
lacey.kiger@usdoj.gov, stephanie.reinhart@usdoj.gov, todd.bouton@usdoj.gov,
emily.adams@usdoj.gov, erica.arvizo@usdoj.gov, kirby.herron@usdoj.gov, liza.fata-
afalava@usdoj.gov, shannon.mattson@usdoj.gov


_____

Mozelle H, Deputy Clerk